**FEDERAL LAND BANK of HOUSTON et
al., Appellants, v. PEARSALL NATIONAL
FARM LOAN ASSOCIATION et al., Ap-
pellees.**

No. 10801.

Circuit Court of Appeals, Fifth Circuit.

April 15, 1944.

H. A. Berry, Wm. N. Stokes, Jr., and
Lewis Rogers, all of Houston, Tex., and
Dan Moody, of Austin, Tex., for appel-
lants.

T. H. Hedgepeth, of New Orleans, La., and Harry D. Reed, of Columbia, S. C., for appellants as amicus curiae.

J. R. Sorrell, of Corpus Christi, Tex., and Fritz C. Sorrell, of Pearsall, Tex., for appellees.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The decision of this court in Federal Land Bank of Houston v. Miles National Farm Loan Association, 5 Cir., 139 F.2d 422, is controlling here. For the reasons given in the opinion in that case, the judgment appealed from is reversed, and the cause is remanded with directions to dismiss the complaint.